**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: VONDRAK, FRANK J | § | Case No. 11-83665 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOSEPH D. OLSEN                         , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   327 South Church Street, Room #1100
   Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30am on 08/08/2012 in Courtroom 3100, United States Courthouse,
327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  06/25/2012          By:  /s/JOSEPH D. OLSEN
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: VONDRAK, FRANK J              §   Case No. 11-83665
                                     §
                                     §
Debtor(s)                            §
_____

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*              $_____13,764.61

*and approved disbursements of*                   $_____0.00

*leaving a balance on hand of* [1]                $_____13,764.61

              **Balance on hand:**           **$**       13,764.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|---------------:|------------------------:|-------------------------:|-----------------:|
| | | None | | | |

              Total to be paid to secured creditors:   **$**         0.00
              Remaining balance:                       **$**    13,764.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|----------------:|-------------------------:|-----------------:|
| Trustee, Fees - JOSEPH D. OLSEN | 2,126.46 | 0.00 | 2,126.46 |
| Trustee, Expenses - JOSEPH D. OLSEN | 39.52 | 0.00 | 39.52 |

              Total to be paid for chapter 7 administration expenses:   **$**     2,165.98
              Remaining balance:                                        **$**    11,598.63

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $  0.00

Remaining balance: $  11,598.63

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $  0.00

Remaining balance: $  11,598.63

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,061.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 3,723.78 | 0.00 | 653.80 |
| 2 | FIA CARD SERVICES, N.A. | 7,063.79 | 0.00 | 1,240.21 |
| 3 | FIA CARD SERVICES, N.A. | 1,271.03 | 0.00 | 223.16 |
| 4 | U.S. Bank N.A. | 10,219.47 | 0.00 | 1,794.26 |
| 5 | Chase Bank USA, N.A. | 4,156.57 | 0.00 | 729.78 |
| 6 | American Express Bank, FSB | 956.82 | 0.00 | 167.99 |
| 7 | American Express Bank, FSB | 2,670.68 | 0.00 | 468.90 |
| 8 | Capital One Bank (USA), N.A. | 13,061.38 | 0.00 | 2,293.23 |
| 9 | PYOD LLC its successors and assigns as assignee of | 1,875.03 | 0.00 | 329.20 |

**UST Form 101-7-NFR (10/1/2010)**

| 10 | PYOD LLC its successors and assigns as assignee of | 19,344.48 | 0.00 | 3,396.37 |
|----|---------|---------|------|----------|
| 11 | GE Capital Retail Bank | 1,718.57 | 0.00 | 301.73 |

Total to be paid for timely general unsecured claims: $ 11,598.63

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: <u>/s/JOSEPH D. OLSEN</u>

Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-83665-MB
Frank J Vondrak                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman          Page 1 of 3          Date Rcvd: Jun 29, 2012
                             Form ID: pdf006          Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2012.
```
db             Frank J Vondrak,   11973 Lilac Lane,   Huntley, IL  60142-7748
aty           +Joseph D. Olsen,   Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
17688914       American Express,   Box 0001,   Los Angeles, CA 90096-0001
17688912      +American Express,   PO Box 981535,   El Paso, TX 79998-1535
17688913      +American Express,   POo Box 981535,   El Paso, TX 79998-1535
18106703       American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17688916      +Amex DSNB,   9111 Duke Boulevard,   Mason, OH 45040-8999
17688920       Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
17688917      +Bank of America,   Attn: Bankruptcy NC4-105-03-14,   PO Box 26012,   Greensboro, NC 27420-6012
17688924     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One, N.A.,   Bankruptcy Dept,   PO Box 5155,
                 Norcross, GA 30091)
18122375       Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
17688923       Capital One Bank (USA), N.A.,   PO Box 6492,   Carol Stream, IL 60197-6492
17688926      +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
17688925      +Chase,   PO Box 901039,   Fort Worth, TX 76101-2039
18074413       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17688927       Chase Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
17688928       Citi Cards,   PO Box 688901,   Des Moines, IA 50368-8901
17688929      +Citibank SD, NA,   Attn: Centralized Bankruptcy,   PO Box 20507,   Kansas City, MO 64195-0507
18037000       FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17688932      +HSBC Best Buy,   Attn: Bankruptcy,   PO Box 5263,   Carol Stream, IL 60197-5263
17688933      +Mary Ellen Vondrak,   11973 Lilac Lane,   Huntley, IL 60142-7748
17688936      +Mortgage Service Center,   1 Mortgage Way,   Mount Laurel, NJ 08054-4637
17688937      +Northland Group, Inc.,   PO Box 390905,   Mail Code CSB2,   Edina, MN 55439-0905
17688938      +Sears / CBSD,   701 East 60th Street N,   Sioux Falls, SD 57104-0432
17688939       Sears Credit Cards,   PO Box 183082,   Columbus, OH 43218-3082
18044271     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank N.A.,   Bankruptcy Department,   P.O.Box 5229,
                 Cincinnati, OH 45201)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18412807       E-mail/PDF: rmscedi@recoverycorp.com Jun 30 2012 03:02:39     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17688930       E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2012 02:11:22     GE Money Bank,   PO Box 965004,
                 Orlando, FL 32896-5004
17688931      +E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2012 03:23:02     GEMB / Meijer,   Attn: Bankruptcy,
                 PO Box 103104,   Atlanta, GA 30076-9104
17688935       E-mail/PDF: gecsedi@recoverycorp.com Jun 30 2012 03:13:09     Meijer / GEMB,   PO Box 960015,
                 Orlando, FL 32896-0015
18389018      +E-mail/Text: resurgentbknotifications@resurgent.com Jun 30 2012 00:24:21
                 PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
                 c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                       TOTAL: 5


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17688915*      American Express,   Box 0001,   Los Angeles, CA 90096-0001
18106704*      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17688921*      Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
17688922*      Bank of America,   PO Box 851001,   Dallas, TX 75285-1001
17688919*     +Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
17688934*     +Mary Ellen Vondrak,   11973 Lilac Lane,   Huntley, IL 60142-7748
17688940*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US Bank,   PO Box 790408,   Saint Louis, MO 63179-0408)
17688941*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  US Bank / NA ND,   4325 17th Avenue S,   Fargo, ND 58125)
17688918     ##+Bank of America,   PO Box 17054,   Wilmington, DE 19850-7054
                                                                          TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-3          User: cbachman          Page 2 of 3          Date Rcvd: Jun 29, 2012
                             Form ID: pdf006          Total Noticed: 31

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2012**                    **Signature:**   _____

District/off: 0752-3          User: cbachman          Page 3 of 3          Date Rcvd: Jun 29, 2012
                             Form ID: pdf006          Total Noticed: 31


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2012 at the address(es) listed below:
          Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          David L. Stretch    on behalf of Debtor Frank Vondrak stretchlaw@gmail.com
          Joseph D Olsen    Jolsenlaw@comcast.net,  IL46@ECFCBIS.com
          Joseph D Olsen    on behalf of Trustee Joseph Olsen jolsenlaw@aol.com,  IL46@ECFCBIS.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                    TOTAL: 5