**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: VONDRAK, FRANK J                    § Case No. 11-83665
                                           §
                                           §
Debtor(s)                                  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $283,977.50          Assets Exempt: $46,877.50
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,598.63    Claims Discharged
                                                    Without Payment: $113,913.97

Total Expenses of Administration: $2,165.98

---

    3) Total gross receipts of $ 13,764.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,764.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $209,115.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,165.98 | 2,165.98 | 2,165.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 64,663.00 | 66,061.60 | 66,061.60 | 11,598.63 |
| **TOTAL DISBURSEMENTS** | $273,778.00 | $68,227.58 | $68,227.58 | $13,764.61 |

4) This case was originally filed under Chapter 7 on August 18, 2011. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2012          By: /s/JOSEPH D. OLSEN
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| OM Financial Life Insurance Company Annuity # L9 | 1129-000 | 13,764.61 |
| **TOTAL GROSS RECEIPTS** | | **$13,764.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Mortgage Service Center | 4110-000 | 157,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 52,115.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$209,115.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,126.46 | 2,126.46 | 2,126.46 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 39.52 | 39.52 | 39.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$2,165.98** | **$2,165.98** | **$2,165.98** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 3,723.78 | 3,723.78 | 653.80 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 7,063.79 | 7,063.79 | 1,240.21 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 1,271.03 | 1,271.03 | 223.16 |
| 4 | U.S. Bank N.A. | 7100-000 | N/A | 10,219.47 | 10,219.47 | 1,794.26 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,156.57 | 4,156.57 | 729.78 |
| 6 | American Express Bank, FSB | 7100-000 | N/A | 956.82 | 956.82 | 167.99 |
| 7 | American Express Bank, FSB | 7100-000 | 5,212.00 | 2,670.68 | 2,670.68 | 468.90 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 13,061.38 | 13,061.38 | 2,293.23 |
| 9 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,875.03 | 1,875.03 | 329.20 |
| 10 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 19,344.48 | 19,344.48 | 3,396.37 |
| 11 | GE Capital Retail Bank | 7100-000 | N/A | 1,718.57 | 1,718.57 | 301.73 |
| NOTFILED | Capital One, N.A. Bankruptcy Dept | 7100-000 | 11,922.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,357.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 1,072.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,918.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | GEMB / Meijer | 7100-000 | 1,469.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank SD, NA | 7100-000 | 18,119.00 | N/A | N/A | 0.00 |
| NOTFILED | US Bank / NA ND | 7100-000 | 9,691.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Best Buy | 7100-000 | 1,507.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears / CBSD | 7100-000 | 1,599.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 6,615.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex DSNB | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $64,663.00 | $66,061.60 | $66,061.60 | $11,598.63 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-83665  
**Case Name:** VONDRAK, FRANK J

**Period Ending:** 09/24/12

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 08/18/11 (f)  
**§341(a) Meeting Date:** 09/29/11  
**Claims Bar Date:** 02/02/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 11973 Lilac Lane, Huntley, Illinois 6014207748 | 237,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Time Share - Grand, Wisconsin, Capital Managemen | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Time Share - Vacation Village at Parkway, Florid | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | Burial plot, one, St. Michael's Cemetary, Chicag | Unknown | 0.00 | DA | 0.00 | FA |
| 5 | Location: 11973 Lilac Lane, Huntley IL 60142-774 | 40.00 | 0.00 | DA | 0.00 | FA |
| 6 | US Bank Checking Account # xxxx-2616 | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Location: 11973 Lilac Lane, Huntley IL 60142-774 | 700.00 | 0.00 | DA | 0.00 | FA |
| 8 | Location: 11973 Lilac Lane, Huntley IL 60142-774 | 600.00 | 0.00 | DA | 0.00 | FA |
| 9 | OM Financial Life Insurance Company Annuity # L9 | 24,825.37 | 12,000.00 | | 13,764.61 | FA |
| 10 | OM Financial IRA | 42,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2000 Mercury Grand Marquis, 114,000 miles, fair | 1,412.50 | 0.00 | DA | 0.00 | FA |
| 12 | 2002 Kia Sedona, 95,000 miles, fair condition. | 1,875.00 | 0.00 | DA | 0.00 | FA |
| 13 | Golf Cart | 250.00 | 0.00 | DA | 0.00 | FA |
| **13** | **Assets Totals** (Excluding unknown values) | **$308,802.87** | **$12,000.00** | | **$13,764.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2012  **Current Projected Date Of Final Report (TFR):** June 30, 2012

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-83665 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | VONDRAK, FRANK J | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******72-66 - Checking Account |
| Taxpayer ID #: | **-***5937 | | Blanket Bond: | $820,095.60   (per case limit) |
| Period Ending: | 09/24/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/19/12 | {9} | Fidelity & Guaranty Life Insurance Co. | surrender of annuity | 1129-000 | 13,764.61 | | 13,764.61 |
| 08/09/12 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,126.46, Trustee Compensation;  Reference: | 2100-000 | | 2,126.46 | 11,638.15 |
| 08/09/12 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $39.52, Trustee Expenses;  Reference: | 2200-000 | | 39.52 | 11,598.63 |
| 08/09/12 | 103 | U.S. Bank N.A. | Dividend paid 17.55% on $10,219.47; Claim# 4; Filed: $10,219.47; Reference: | 7100-000 | | 1,794.26 | 9,804.37 |
| 08/09/12 | 104 | Chase Bank USA, N.A. | Dividend paid 17.55% on $4,156.57; Claim# 5; Filed: $4,156.57; Reference: | 7100-000 | | 729.78 | 9,074.59 |
| 08/09/12 | 105 | Capital One Bank (USA), N.A. | Dividend paid 17.55% on $13,061.38; Claim# 8; Filed: $13,061.38; Reference: | 7100-000 | | 2,293.23 | 6,781.36 |
| 08/09/12 | 106 | GE Capital Retail Bank | Dividend paid 17.55% on $1,718.57; Claim# 11; Filed: $1,718.57; Reference: | 7100-000 | | 301.73 | 6,479.63 |
| 08/09/12 | 107 | American Express Bank, FSB | Combined Check for Claims#6,7 | | | 636.89 | 5,842.74 |
| | | | Dividend paid 17.55%       167.99 on $956.82;  Claim# 6; Filed: $956.82 | 7100-000 | | | 5,842.74 |
| | | | Dividend paid 17.55%       468.90 on $2,670.68;  Claim# 7; Filed: $2,670.68 | 7100-000 | | | 5,842.74 |
| 08/09/12 | 108 | FIA CARD SERVICES, N.A. | Combined Check for Claims#1,2,3 | | | 2,117.17 | 3,725.57 |
| | | | Dividend paid 17.55%       653.80 on $3,723.78;  Claim# 1; Filed: $3,723.78 | 7100-000 | | | 3,725.57 |
| | | | Dividend paid 17.55%     1,240.21 on $7,063.79;  Claim# 2; Filed: $7,063.79 | 7100-000 | | | 3,725.57 |
| | | | Dividend paid 17.55%       223.16 on $1,271.03;  Claim# 3; Filed: $1,271.03 | 7100-000 | | | 3,725.57 |
| 08/09/12 | 109 | PYOD LLC its successors and assigns as assignee of | Combined Check for Claims#9,10 | | | 3,725.57 | 0.00 |
| | | | Dividend paid 17.55%       329.20 on $1,875.03;  Claim# 9; Filed: $1,875.03 | 7100-000 | | | 0.00 |
| | | | Dividend paid 17.55%     3,396.37 on $19,344.48;  Claim# 10; Filed: $19,344.48 | 7100-000 | | | 0.00 |

Subtotals :       $13,764.61       $13,764.61

{} Asset reference(s)                                                                                                                    Printed: 09/24/2012 03:50 PM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-83665  
**Case Name:** VONDRAK, FRANK J  

**Taxpayer ID #:** **-***5937  
**Period Ending:** 09/24/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******72-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 13,764.61 | 13,764.61 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 13,764.61 | 13,764.61 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,764.61 | $13,764.61 | |

Net Receipts : 13,764.61  
―――――――――  
Net Estate : $13,764.61

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # 9200-******72-66 | 13,764.61 | 13,764.61 | 0.00 |
| | $13,764.61 | $13,764.61 | $0.00 |

{} Asset reference(s)